UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**86-02 MEAT & PRODUCE INC.**, **86-02 NORTHERN LLC**, **JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | APPEARANCE OF COUNSEL FOR PLAINTIFF SEMYON GRINBLAT<br><br><br><br>CASE NO.: 19-cv-7017-FB-PK<br><br>JUDGE FREDERIC BLOCK |

Notice is given that attorney Ilya Fayerman hereby appears as co-counsel for Plaintiff Semyon Grinblat in the above-captioned matter. Please include Ilya Fayerman on all further notices and copies of pleadings, papers, and other material relevant to this action to the address under his signature.

Signed: May 1, 2020

/s/ Ilya Fayerman
Ilya Fayerman, Esq. (4859088)

10 E 39th St Fl 12
New York, NY 10016
Tel:  (773) 234-5658
Fax:  (212) 202-5130
Email: ilya.fayerman@gmail.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2020, I caused a true and correct copy of the foregoing Appearance of Counsel for Plaintiff Semyon Grinblat to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing. In addition, I also served counsel for Defendants Gregory Capone at the following email address in accordance with Rule 5(b)(2)(E): greg.capone@kandcpllc.com.


Signed: May 1, 2020


/s/ Ilya Fayerman
Ilya Fayerman, Esq. (4859088)

10 E 39th St Fl 12
New York, NY 10016
Tel:  (773) 234-5658
Fax: (212) 202-5130
Email: ilya.fayerman@gmail.com
*Attorney for Plaintiff*

2