IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**86-02 MEAT & PRODUCE INC.**, **86-02 NORTHERN LLC**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**<br><br><br><br><br>**CASE NO.: 19-cv-7017-FB-PK** |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, SEMYON GRINBLAT, and the attorneys for Defendants, 86-02 MEAT & PRODUCE INC. and 86-02 NORTHERN LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: November 17, 2020

*/s/ Michael Grinblat*
Michael Grinblat, Esq. (4159752)

*Attorney for Plaintiff*
SEMYON GRINBLAT

Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: November 17, 2020

*/s/ Gregory Capone*
Greg Capone, Esq.

*Attorneys for Defendants*
86-02 MEAT & PRODUCE INC. and 86-02 NORTHERN LLC

Kidonakis & Corona, PLLC
1350 Avenue of the Americas, Second Floor
New York, NY 10019
Tel: (646) 389-3956
Fax: (646) 585-1391
Email: greg.capone@kandcpllc.com

**SO ORDERED:**

_____
Frederic Block,
U.S. District Court Judge

2